# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

5

v. Wade Bradley, Plaintiff(s),

Case: 4:19-cv-12771
Judge: Leitman, Matthew F.
MJ: Grand, David R.
Filed: 09-12-2019
CMP BRADLEY V. BENTON HARBOR POLICE DEPARTMENT (DA)

Benton Harbor police dept., Defendant(s).

## COMPLAINT

I. Defendant(s). Print the full name for each defendant. If there are more defendants, use additional pages to provide their names.

**Name of Defendant(s)**

1. Mcgee BH police Dept.
2. Michigan Department of corrections.
3.
4.
5.

II. Statement of claim. Briefly state the facts of your case. Describe how each defendant is involved, and exactly what each defendant did, or failed to do. Include names of any other persons involved, dates, and places. You may use additional paper if necessary.

Officer Mcgee came to the parole office on 497 Waukonda St on a call of parole violation. He Allegedly checked me and Alleged I posessed control substances

And never administered a field test. I was arrested and was sanctioned, several times at trial the Michigan state crime lab confirmed that no controlled substances was possed at all.

III. Relief. Briefly state exactly what you want the court to do for you.

Compensate for personal Injury and for the confinement I had plus the parole santions and extension of michigan parole in 2016 As well for treatement for mental health issues and for compensation for payment of trianing.

IV.  Additional Information. – Briefly enter any additional information, you may use additional paper.

V.  Demand for Jury Trial.  Check this box if you want your case to be decided by a jury, instead of a judge.

☑  Plaintiff demands a jury trial on all issues.

Dated: 8-15-2019

Plaintiff's Signature: Wade Bradley

Plaintiff's Printed Name: Wade Bradley

Street Address: 1734 Broadway

City, State, Zip Code: Niles michigan 49120

Telephone Number: 269-338-1590

E-mail Address: mr.wadeBradley@hotmail.com

RECEIVED

SEP 13 2019    SEP 13 2019

DEB... W.S.B.  DEBORAH S. HURT, Clerk

In Regard to the Non Judgement and decision. I would be requesting All docket entries and additionally The following lawsuit filed — Noted As a duplicate lawsuit plaintiff wade vs The MDOC Which was never filed 2007.

Furthermore I would like All correspondence Regarding wade vs Benton Harbor police department 2018.

Thank you    9-15-2019

Mr. Wade Bradley
1734 Broadway St Apt 1C
Niles, MI 49120

GRAND RAPIDS MI 494



RECEIVED
SEP 12 2019
JAMES HATTY, Clerk

United States Court of Appeals
for the Sixth Circuit
100 East Fifth Street Room 538
Potter Stewart U.S. Courthouse
Cincinnati, Ohio 45202
Attn:
      Easter District

45202-398899