UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WADE BRADLEY,

    Plaintiff,

v.

BENTON HARBOR POLICE
DEPARTMENT, *et al.*,

    Defendants.
_____ /

Case No. 19-12771

Stephanie Dawkins Davis
United States District Judge

## ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Plaintiff, Wade Bradley, brought suit in this court based on an arrest and subsequent parole sanctions. (ECF No. 1). The complaint names Benton Harbor Police Department and the Michigan Department of Corrections as defendants. *Id.*

The determination of the proper venue for a civil action in federal court is generally governed by 28 U.S.C. § 1391. Relevant here, the statute provides that a civil action may be brought in (1) a judicial district in which any defendant resides; or (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. 1391(b). If venue is improper in the district where a case is filed, but would be proper in another district, "a district court has the power to sua sponte transfer [the] case." *Cosmichrome, Inc. v. Spectra Chrome, LLC*, 504 Fed. Appx. 468, 472 (6th Cir. 2012).

Defendant Benton Harbor Police Department is located in Berrien County.  The Michigan Department of Corrections is located in Ingham County, Michigan.  The events giving rise to the complaint are alleged to have occurred in Berrien County.  Berrien and Ingham Counties are part of the Western District of Michigan.  28 U.S.C. § 102(b).  Because there is no apparent basis for venue to lie in this district, but there are facts in the complaint suggesting that venue would be proper in the Western District, the Court finds that the interests of justice would be served by transferring the case to the district where it should have been filed in the first instance.  28 U.S.C. § 1406(a).

**IT IS ORDERED** that this case be transferred to the United States District Court for the Western District of Michigan pursuant to 28 U.S.C. §1406(a).

It is noted that this Court has not decided plaintiff's motion to proceed *in forma pauperis*.

**IT IS SO ORDERED**.

Date: February 23, 2021                    s/Stephanie Dawkins Davis
                                           Stephanie Dawkins Davis
                                           United States District Judge