UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WADE BRADLEY,

    Plaintiff,

v.

BENTON HARBOR POLICE
DEPARTMENT, et al.,

    Defendants.
_____/

Case No. 1:21-cv-176

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated this lawsuit in the Eastern District of Michigan in September 2019. The matter was transferred to this district on February 23, 2021. Defendant Michigan Department of Corrections ("MDOC") filed a motion to dismiss. The motion was referred to the Magistrate Judge, who issued a Report and Recommendation on May 24, 2021, recommending this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 20) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to dismiss filed by MDOC (ECF No. 17) is GRANTED.

**IT IS FURTHER ORDERED** that for the same reasons the Court concludes that Plaintiff's claims are properly dismissed, the Court also concludes that any issue Plaintiff might

raise on appeal would be frivolous.  *Coppedge v. United States*, 369 U.S. 438, 445 (1962).  Accordingly, the Court certifies that an appeal would not be taken in good faith.


Dated:  June 16, 2021                                           /s/  Paul L. Maloney
                                                                              Paul L. Maloney
                                                                              United States District Judge