UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WADE BRADLEY,
        Plaintiff,

No. 1:21-cv-176

v.

Honorable Paul L. Maloney

BENTON HARBOR POLICE DEPARTMENT, et al.,
        Defendants.

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: November 17, 2021
        /s/ Paul L. Maloney
        Paul L. Maloney
        United States District Judge